## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        **v.**                         **ORDER**

**ERIC WOOLWORTH,**                 **Criminal No.  05-M-60**

        **Defendant.**

_____

        The preliminary hearing/status conference which was scheduled for October 19, 2005,  is adjourned and is now scheduled for **October 26, 2005, at 10:30 a.m.**

        In accordance with the Second Circuit Speedy Trial Guidelines, Part I(C)(3)(a) and (b), and upon the authority of _United States v Piontek,_ 861 F.2d 152, 154 (7th Cir., 1988); _United States v Montoya,_ 827 F.2d 143, 153 (7th Cir., 1987); _United States v. Wilson,_ 835 F2d 1440, 1444 (D.C. Cir., 1987; _United States v Tibboel,_ 753 F.2d 608, 610 (7th Cir., 1985); and _United States v Jodoin,_ 672 F.2d 232, 238 (1st Cir., 1982), the period of time from October 20, 2005,  until October 26, 2005,  is excluded under 18 U.S.C. § 3161(h)(8)(A).

        **SO ORDERED.**

                                **/s/ H. Kenneth Schroeder, Jr.**
                                **H. KENNETH SCHROEDER, Jr.**
                                **United States Magistrate Judge**

**DATED:**     **September 15, 2005**
             **Buffalo, New York**